**FILED**

06/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0174

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0174

| | |
|---|---|
| IN RE THE MARRIAGE OF, <br><br> RYAN COMSTOCK, <br><br>     Appellant and Petitioner, <br><br> vs. <br><br> KRYSTA THERIAULT, <br><br>     Appellee and Respondent. | **ORDER** |

Upon motion of Appellant Ryan Comstock, and good cause appearing, IT IS HEREBY ORDERED THAT that the appeal in this matter is dismissed with prejudice.

DATED this _____ day of June, 2022.

By _____
SUPREME COURT JUSTICE

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 27 2022